UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O. WRIGHT JR.,

          Plaintiff,

v.

E.M. HENDRICKSEN, et al,

          Defendants.

Case No. 3:17-cv-05961-RBL-TLF

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) defendants' motion to dismiss (Dkt. 12) is GRANTED as to defendants Jason E. Barney and Ronnie Roberts, and as to plaintiff's excessive use of force, false arrest, and unlawful imprisonment claims; and

(3) defendants' motion to dismiss (Dkt. 12) is DENIED as to plaintiff's malicious prosecution claims.

Dated this 29th day of June, 2018.

Ronald B. Leighton
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTION TO DISMISS - 1