UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O. WRIGHT JR.,

                Plaintiff,

v.

E.M. HENDRICHSEN, et al,

                Defendants.

Case No. 3:17-cv-05961-RBL-TLF

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PLAINTIFF'S MOTIONS TO COMPEL AND FOR SANCTIONS (DKT. 52, 53, 54) AND DENYING DEFENDANTS' MOTION FOR SANCTIONS

    Before the Court is plaintiff's motion to strike (Dkt. 60) his motions to compel discovery against defendants Andrew Toynbee and John Snaza (Dkts. 52, 53) and his motion for sanctions against those two defendants (Dkt. 54). Also before the Court is defendants' motion for sanctions against plaintiff (Dkt. 57).

    Defendants Toynbee and Snaza received plaintiff's requests for interrogatories and his requests for production via U.S. Mail on October 24, 2018. Dkt. 58, p. 1. Defendants submitted their responses to those requests by placing them in the U.S. Mail on November 26, 2018. *Id.* That same day, defendants also received plaintiff's motions to compel and motion for sanctions. *Id.*

1. Prior to filing a motion to compel discovery, the moving party must make a good faith attempt to confer with the opposing party in an effort to obtain the requested discovery without court action. Federal Rule of Civil Procedure (FRCP) 37(a)(1); Local Rule LCR 37(a)(1). Plaintiff concedes he failed to comply with this requirement. Dkt. 60, p. 2; *see also* Dkt. 58, p. 2.

Accordingly, due to plaintiff's failure to comply with FRCP 37(a)(1) and Local Rule LCR 37(a)(1), the Court will GRANT the motion to strike (Dkt. 60) and DENY the motions to compel discovery (Dkts. 52, 53) and motion for sanctions (Dkt. 54).

Defendants move for sanctions against plaintiff for his failure to attempt to comply with FRCP 37(a)(1) and Local Rule LCR 37(a)(1), as well as the time requirements of FRCP 33 and 34. Dkt. 57, pp. 3-4.

If a party fails to confer in good faith, the Court "may take action as stated in" Local Rule LCR 11. Local Rule LCR 37(a)(1). Local Rule LCR 11(c) provides:

> [A] party who without just cause fails to comply with any of the Federal Rules of Civil . . . Procedure, [the Local Rules], . . . or who presents to the court unnecessary motions . . . or who otherwise so multiplies or obstructs the proceedings in a case may, in addition to or in lieu of the sanctions and penalties provided elsewhere in these rules, be required by the court to satisfy personally such excess costs and may be subject to such other sanctions as the court may deem appropriate.

Defendants do not assert or suggest that plaintiff's failure has subject them to any excess costs or recommend any other particular sanctions the Court should impose.

The Court declines to impose sanctions on plaintiff at this time.

Accordingly, defendants' motion for sanctions (Dkt. 57) is DENIED.

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PLAINTIFF'S MOTIONS TO COMPEL AND FOR SANCTIONS (DKT. 52, 53, 54) AND DENYING DEFENDANTS' MOTION FOR SANCTIONS - 2

1 | The Clerk shall send a copy of this Order to plaintiff and counsel for defendants.

2 | Dated this 25th day of February, 2019.

*Theresa L. Fricke*
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PLAINTIFF'S MOTIONS TO COMPEL AND FOR SANCTIONS (DKT. 52, 53, 54) AND DENYING DEFENDANTS' MOTION FOR SANCTIONS - 3