UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O WRIGHT JR,

                Plaintiff,

    v.

E M HENRICHSEN,

                Defendants.

Case No. C17-5961-RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 88], recommending that the Court grant defendants' Ryan Donald, Jonathan Hazen, Eric Henrichsen, Dan Smith, Dan Duncan, and Jason Watkins Motion for Summary Judgment.

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Defendants' Motion for Summary Judgment (Dkt. 65) is GRANTED;

(3) Plaintiff's claims against defendants Ryan Donald, Jonathan Hazen, Eric Henrichsen, Dan Smith, Dan Duncan, and Jason Watkins, are DISMISSED with prejudice.

(4) To the extent plaintiff alleges state law claims for malicious prosecution, the Court declines to exercise supplemental jurisdiction over such claims and they are DISMISSED without prejudice.

(5) As plaintiff has been granted *in forma pauperis*, *in forma pauperis* may continue in the event of appeal. *See* Rule of Appellate Procedure 24(a)(3).

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1    (6)    The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge

2         Fricke, and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 22nd day of July, 2019.


Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2