# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAMES O WRIGHT JR,

                Plaintiff,

    v.

E M HENRICHSEN,

                Defendants.

Case No. C17-5961-RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 87], recommending that the Court grant defendants John Snaza's and Andrew Toynbee's Motion for Summary Judgment.

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Defendants' Motion for Summary Judgment (Dkt. 74) is GRANTED;

(3) Plaintiff's claims against defendants John Snaza and Andrew Toynbee are DISMISSED with prejudice.

(4) As plaintiff has been granted *in forma pauperis*, *in forma pauperis* may continue in the event of appeal. *See* Rule of Appellate Procedure 24(a)(3).

1     (5)     The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge

2            Fricke, and to any other party that has appeared in this action.

3     IT IS SO ORDERED.

4     Dated this 22nd day of July, 2019.

*[Signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2